# TAB 4

```
NO. X06-UWY-CV-18-6046436S        )   SUPERIOR COURT
                                  )
ERICA LAFFERTY, ET AL,            )   COMPLEX LITIGATION DOCKET
                                  )
VS.                               )   AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL,          )   JUNE 23, 2021
                                  )
_____   )
                                  )
NO. X-06- UWY-CV18-6046437-S      )   SUPERIOR COURT
                                  )
WILLIAM SHERLACH,                 )   COMPLEX LITIGATION DOCKET
                                  )
VS.                               )   AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL.          )   JUNE 23, 2021
                                  )
_____   )
                                  )
NO. X06-UWY-CV-18-6046438S        )   SUPERIOR COURT
                                  )
WILLIAM SHERLACH, ET AL.,         )   COMPLEX LITIGATION DOCKET
                                  )
VS.                               )   AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL.          )   JUNE 23, 2021
```
------------------------------------

CONFIDENTIAL

ORAL AND VIDEOTAPED DEPOSITION OF

MICHEAL ZIMMERMANN

JUNE 23, 2021

------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF MICHEAL ZIMMERMANN, produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and -numbered cause on JUNE 23, 2021, from 9:00 a.m. to 10:30 a.m., before Rosalind

1  Dennis, Notary in and for the State of Texas, reported by
2  machine shorthand, appearing remotely from Dallas, Texas,
3  pursuant to the Federal Rules of Civil Procedure and the
4  provisions stated on the record or attached hereto.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Micheal Zimmermann   Confidential
June 23, 2021

```
 1                    A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFFS:

 4       CHRISTOPHER M. MATTEI, ESQ.
         MATTHEW S. BLUMENTHAL, ESQ.
 5       KOSKOFF KOSKOFF & BIEDER, PC
         350 Fairfield Avenue
 6       Bridgeport, Connecticut 06604
         Cmattei@koskoff.com
 7       mblumenthal@koskoff.com
         (203) 336-4421
 8

 9   FOR THE DEFENDANTS:

10       JAY MARSHALL WOLMAN, ESQ.
         RANDAZZA LEGAL GROUP
11       100 Pearl Street
         14th Floor
12       Hartford, Connecticut 06103
         jmw@randazza.com
13       (702) 420-2001

14
     ALSO PRESENT:
15       Joel Raguso - Videographer

16

17

18

19

20

21

22

23

24

25
```

Micheal Zimmermann   Confidential
June 23, 2021

```
 1      Q.   And you are prepared today to testify as a corporate
 2   representative for Infowars, LLC on all the topics listed in
 3   this notice of deposition?
 4      A.   I am.
 5      Q.   Has Infowars, LLC produced documents in this case?
 6      A.   Not to my understanding.
 7      Q.   So is that a no?
 8      A.   That's a no.
 9      Q.   When was Infowars, LLC registered?
10      A.   Infowars, LLC was registered on November 15th, 2007.
11      Q.   Okay.  And what is the business purpose of
12   Infowars, LLC?
13      A.   Infowars, LLC has no business purpose.
14      Q.   Why was it created?
15      A.   I do not know.
16   ████████████████████████████████████████████████████████████
17   ████████████████████████████████████████████████████████████
18   ████████████████████████████████████████████████████████████
19   ████████████████████████████████████████████████████████████
20   ████████████████████████████████████████████████████████████
21   ████████████████████████████████████████████████████████████
22   ████████████████████████████████████████████████████████████
23   ████████████████████████████████████████████████████████████
24   ████████████████████████████████████████████████████████████
25   ████████████████████████████████████████████████████████████
```

Micheal Zimmermann    Confidential
June 23, 2021



| | | |
|---|---|---|
| 20 | Q. | Who owns Infowars, LLC? |
| 21 | A. | Alex Jones is the owner of Infowars, LLC. |
| 22 | Q. | Is he the sole owner of Infowars, LLC? |
| 23 | A. | He is the sole owner and member of Infowars, LLC. |
| 24 | Q. | Does Infowars, LLC own any part of any other entity? |
| 25 | A. | It does not. |

```
 1  NO. X06-UWY-CV-18-6046436S        ) SUPERIOR COURT
                                      )
    ERICA LAFFERTY, ET AL,            ) COMPLEX LITIGATION DOCKET
                                      )
    VS.                               ) AT WATERBURY
                                      )
    ALEX EMRIC JONES, ET AL,          ) JUNE 23, 2021
                                      )
                                      )
    _____    )
                                      )
    NO. X-06- UWY-CV18-6046437-S      ) SUPERIOR COURT
                                      )
    WILLIAM SHERLACH,                 ) COMPLEX LITIGATION DOCKET
                                      )
    VS.                               ) AT WATERBURY
                                      )
    ALEX EMRIC JONES, ET AL.          ) JUNE 23, 2021
                                      )
                                      )
    _____    )
                                      )
    NO. X06-UWY-CV-18-6046438S        ) SUPERIOR COURT
                                      )
    WILLIAM SHERLACH, ET AL.,         ) COMPLEX LITIGATION DOCKET
                                      )
    VS.                               ) AT WATERBURY
                                      )
    ALEX EMRIC JONES, ET AL.          ) JUNE 23, 2021
15                   REPORTER'S CERTIFICATION
16               DEPOSITION OF MICHEAL ZIMMERMANN
17                        JUNE 23, 2021
18
19      I, Rosalind Dennis, Notary in and for the State of Texas,
20   hereby certify to the following:
21      That the witness, MICHEAL ZIMMERMANN, was duly sworn by
22   the officer and that the transcript of the oral deposition is a
23   true record of the testimony given by the witness;
24      That the original deposition was delivered to
25   MR. BLUMENTHAL.
```

```
1        That the amount of time used by each party at the
2   deposition is as follows:
3   MR. BLUMENTHAL    .....00 HOUR(S):51 MINUTE(S)
    MR. WOLMAN        .....00 HOUR(S):025 MINUTE(S)
4
5        That pursuant to information given to the deposition
6   officer at the time said testimony was taken, the following
7   includes counsel for all parties of record:
8   Mr. Blumenthal                    Attorney for the Plaintiff.
9   Mr. Wolman                        Attorney for the Defendant.
10       I further certify that I am neither counsel for, related
11  to, nor employed by any of the parties or attorneys in the
12  action in which this proceeding was taken, and further that I
13  am not financially or otherwise interested in the outcome of
14  the action.
15       Certified to by me this 5th day of July, 2021.
16
17                      [signature: Rosalind Dennis]
18                      _____
                        ROSALIND DENNIS
                        Notary in and for the
19                      State of Texas
                        Notary:  129704774
20                      My Commission Expires:  10/8/2022
                        US LEGAL SUPPORT
21                      8144 Walnut Hill Lane
                        Suite 120
22                      Dallas, Texas 75231
                        214-741-6001
23                      214-741-6821 (FAX)
                        Firm Registration No. 343
24
25
```