# TAB 5

```
NO. X06-UWY-CV-18-6046436S        )   SUPERIOR COURT
                                  )
ERICA LAFFERTY, ET AL,            )   COMPLEX LITIGATION DOCKET
                                  )
VS.                               )   AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL,          )   JUNE 24, 2021
                                  )
_____    )
                                  )
NO. X-06- UWY-CV18-6046437-S      )   SUPERIOR COURT
                                  )
WILLIAM SHERLACH,                 )   COMPLEX LITIGATION DOCKET
                                  )
VS.                               )   AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL.          )   JUNE 24, 2021
                                  )
_____    )
                                  )
NO. X06-UWY-CV-18-6046438S        )   SUPERIOR COURT
                                  )
WILLIAM SHERLACH, ET AL.,         )   COMPLEX LITIGATION DOCKET
                                  )
VS.                               )   AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL.          )   JUNE 24, 2021
```

-----------------------------------

CONFIDENTIAL

ORAL AND VIDEOTAPED DEPOSITION OF
FREE SPEECH SYSTEMS, LLC
BY
MICHAEL ZIMMERMANN
JUNE 24, 2021

-----------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF MICHAEL ZIMMERMANN, produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and -numbered cause on JUNE 24, 2021, from 9:00 a.m. to 4:10 p.m., before

1  Rosalind Dennis, Notary in and for the State of Texas, reported
2  by machine shorthand, appearing remotely from Dallas, Texas,
3  pursuant to the Federal Rules of Civil Procedure and the
4  provisions stated on the record or attached hereto.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                  A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFFS:

 4        CHRISTOPHER M. MATTEI, ESQ.
          MATTHEW S. BLUMENTHAL, ESQ.
 5        KOSKOFF KOSKOFF & BIEDER, PC
          350 Fairfield Avenue, Suite 501
 6        Bridgeport, Connecticut 06604
          Cmattei@koskoff.com
 7        mblumenthal@koskoff.com
          (203) 336-4421
 8

 9   FOR THE DEFENDANTS:

10        JAY MARSHALL WOLMAN, ESQ.
          RANDAZZA LEGAL GROUP
11        100 Pearl Street
          14th Floor
12        Hartford, Connecticut 06103
          jmw@randazza.com
13        (702) 420-2001

14
     ALSO PRESENT:
15        Joel Raguso - Videographer

16

17

18

19

20

21

22

23

24

25
```

```
 1        A.    Infowars Health, LLC essentially acts as a
 2   pass-through entity.  Mr. Jones promotes products from a
 3   company called Youngevity in his programs.  Infowars Health,
 4   LLC then receives the proceeds or its share of the sales that
 5   Youngevity does.  They manufacture and dropship their -- their
 6   product.  So it's not something that Free Speech Systems
 7   inventories.
 8               And then, those payments from Infowars Health,
 9   LLC are swept into accounts controlled by Free Speech Systems.
10        Q.    And does Free Speech Systems have a contract with
11   Youngevity?
12        A.    I have no personal knowledge of it if Free Speech --
13   or no knowledge of a contract with Free Speech Systems and
14   Youngevity.  It would be with Alex Jones directly or
15   Infowars Health, LLC.
16        Q.    And that arrangement with Youngevity whereby
17   Alex Jones promotes Youngevity products and then receives
18   revenue as a result of sales continues today, correct?
19   [REDACTED]
20   [REDACTED]
21        Q.    When did that arrangement begin through Infowars
22   Health, LLC?
23        A.    From what the accountant told me, it was
24   approximately 2013 that Infowars Health, LLC started paying
25   Free Speech Systems.
```

```
 1              Before that, the accounts were not separate, and
 2   I don't know approximately what period Youngevity revenue
 3   started coming to Free Speech Systems.
 4              But approximately 2013, revenue started coming
 5   in from Infowars Health, LLC.
 6        Q.    Prior to that, payments made pursuing to Mr. Jones's
 7   agreement with Youngevity were made directly to Free Speech
 8   Systems, correct?
 9        A.    That's how I understood the conversation with the
10   CPA.  Yes.
11   ████████████████████████████████████████████████████████████
12   ████████████████████████████████████████████████████████████
13   ████████████████████████████████████████████████████████████
14   ████████████████████████████████████████████████████████████
15   ████████████████████████████████████████████████████████████
16        Q.    Okay.  What is the nature of Free Speech Systems'
17   relationship with Infowars, LLC?
18        A.    It has none.  Infowars, LLC is essentially a
19   nonfunctional entity.
20        Q.    Has it ever been functional?
21        A.    It has not.
22        Q.    What is Free Speech Systems' relationship with
23   Prison Planet TV, LLC?
24        A.    Prison Planet TV, LLC was set up to basically collect
25   payments, subscription payments, from the Prison Planet TV
```

```
 1   NO. X06-UWY-CV-18-6046436S    )  SUPERIOR COURT
                                   )
 1   ERICA LAFFERTY, ET AL,        )  COMPLEX LITIGATION DOCKET
                                   )
 1   VS.                           )  AT WATERBURY
                                   )
 1   ALEX EMRIC JONES, ET AL,      )  JUNE 24, 2021
                                   )
 1   _____)
                                   )
 1   NO. X-06- UWY-CV18-6046437-S  )  SUPERIOR COURT
                                   )
 1   WILLIAM SHERLACH,             )  COMPLEX LITIGATION DOCKET
                                   )
 1   VS.                           )  AT WATERBURY
                                   )
 1   ALEX EMRIC JONES, ET AL.      )  JUNE 24, 2021
                                   )
 1   _____)
                                   )
 1   NO. X06-UWY-CV-18-6046438S    )  SUPERIOR COURT
                                   )
 1   WILLIAM SHERLACH, ET AL.,     )  COMPLEX LITIGATION DOCKET
                                   )
 1   VS.                           )  AT WATERBURY
                                   )
 1   ALEX EMRIC JONES, ET AL.      )  JUNE 24, 2021
```

15                     REPORTER'S CERTIFICATION

16                 DEPOSITION OF MICHAEL ZIMMERMANN

17                          JUNE 24, 2021

18

19       I, Rosalind Dennis, Notary in and for the State of Texas,

20   hereby certify to the following:

21       That the witness, MICHAEL ZIMMERMANN, was duly sworn by

22   the officer and that the transcript of the oral deposition is a

23   true record of the testimony given by the witness;

24       That the original deposition was delivered to Mr. Mattei.

25       That the amount of time used by each party at the

```
 1   deposition is as follows:
 2   MR. MATTEI         .....05 HOUR(S): 23 MINUTE(S)
     MR. WOLMAN         .....00 HOUR(S): 26 MINUTE(S)
 3
 4        That pursuant to information given to the deposition
 5   officer at the time said testimony was taken, the following
 6   includes counsel for all parties of record:
 7   Mr. Mattei                         Attorney for the Plaintiff.
 8   Mr. Wolman                         Attorney for the Defendant.
 9        I further certify that I am neither counsel for, related
10   to, nor employed by any of the parties or attorneys in the
11   action in which this proceeding was taken, and further that I
12   am not financially or otherwise interested in the outcome of
13   the action.
14        Certified to by me this 12th day of July, 2021.
15
16
17                          _____
                            ROSALIND DENNIS
                            Notary in and for the
18                          State of Texas
                            Notary: 129704774
19                          My Commission Expires: 10/8/2022
                            US LEGAL SUPPORT
20                          8144 Walnut Hill Lane
                            Suite 120
21                          Dallas, Texas 75231
                            214-741-6001
22                          214-741-6821 (FAX)
                            Firm Registration No. 343
23
24
25
```