# TAB 7

```
NO. X06-UWY-CV-18-6046436S      )   SUPERIOR COURT
                                )
ERICA LAFFERTY, ET AL,          )   COMPLEX LITIGATION DOCKET
                                )
VS.                             )   AT WATERBURY
                                )
ALEX EMRIC JONES, ET AL,        )   JUNE 23, 2021
                                )
_____  )
                                )
NO. X-06- UWY-CV18-6046437-S    )   SUPERIOR COURT
                                )
WILLIAM SHERLACH,               )   COMPLEX LITIGATION DOCKET
                                )
VS.                             )   AT WATERBURY
                                )
ALEX EMRIC JONES, ET AL.        )   JUNE 23, 2021
                                )
_____  )
                                )
NO. X06-UWY-CV-18-6046438S      )   SUPERIOR COURT
                                )
WILLIAM SHERLACH, ET AL.,       )   COMPLEX LITIGATION DOCKET
                                )
VS.                             )   AT WATERBURY
                                )
ALEX EMRIC JONES, ET AL.        )   JUNE 23, 2021
```
-------------------------------------

CONFIDENTIAL

ORAL AND VIDEOTAPED DEPOSITION OF

MICHEAL ZIMMERMANN

JUNE 23, 2021

-------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF MICHEAL ZIMMERMANN, produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and -numbered cause on JUNE 23, 2021, from 10:45 a.m. to 11:41 a.m., before

1  Rosalind Dennis, Notary in and for the State of Texas, reported
2  by machine shorthand, appearing remotely from Dallas, Texas,
3  pursuant to the Federal Rules of Civil Procedure and the
4  provisions stated on the record or attached hereto.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Micheal Zimmermann    Confidential
June 23, 2021

```
 1                    A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFFS:

 4        CHRISTOPHER M. MATTEI, ESQ.
          MATTHEW S. BLUMENTHAL, ESQ.
 5        KOSKOFF KOSKOFF & BIEDER, PC
          350 Fairfield Avenue
 6        Bridgeport, Connecticut 06604
          Cmattei@koskoff.com
 7        mblumenthal@koskoff.com
          (203) 336-4421
 8

 9   FOR THE DEFENDANTS:

10        JAY MARSHALL WOLMAN, ESQ.
          RANDAZZA LEGAL GROUP
11        100 Pearl Street
          14th Floor
12        Hartford, Connecticut 06103
          jmw@randazza.com
13        (702) 420-2001

14
     ALSO PRESENT:
15        Joel Raguso - Videographer

16

17

18

19

20

21

22

23

24

25
```

Micheal Zimmermann   Confidential
June 23, 2021

1  received by Infowars Health, LLC?
2  ████████████████████████████████
3  ████████████████████████████████
4       Q.    Does Infowars Health, LLC have any employees?
5       A.    It does not.
6       Q.    Has it ever had any employees?
7       A.    It has not.
8  ████████████████████████████████
9  ████████████████████████████████
10 ████████████████████████████████
11 ████████████████████████████████
12 ████████████████████████████████
13 ████████████████████████████████
14 ████████████████████████████████
15 ████████████████████████████████
16 ████████████████████████████████
17 ████████████████████████████████
18 ████████████████████████████████
19 ████████████████████████████████
20 ████████████████████████████████
21 ████████████████████████████████
22 ████████████████████████████████
23 ████████████████████████████████
24 ████████████████████████████████
25 ████████████████████████████████

```
 1  ████████████████████████████████████████████
 2  ████████████████████████████████████████████
 3  ████████████████████████████████████████████
 4  ████████████████████████████████████████████
 5  ████████████████████████████████████████████
 6  ████████████████████████████████████████████
 7  ████████████████████████████████████████████
 8  ████████████████████████████████████████████
 9  ████████████████████████████████████████████
10  ████████████████████████████████████████████
11  ████████████████████████████████████████████
12  ████████████████████████████████████████████
13  ████████████████████████████████████████████
14  ████████████████████████████████████████████
15  ████████████████████████████████████████████
16  ████████████████████████████████████████████
17      Q.   Has it ever had any office space?
18      A.   It has not.
19  ████████████████████████████████████████████
20  ████████████████████████████████████████████
21      Q.   Has Infowars Health, LLC ever had any contracts with
22  any other person or entity?
23      A.   It has not.
24      Q.   Has -- apart from receiving money through the bank
25  account that you mentioned from Youngevity, has
```

```
 1  Infowars Health, LLC ever engaged in a business transaction?
 2       A.    The only business it conducts is with Youngevity.
 3       Q.    And the only -- is -- withdrawn.
 4             Has it ever conducted any business, including
 5  with Youngevity, other than through that bank account you
 6  mentioned?
 7             MR. WOLMAN:  Objection.
 8       A.    Not to the knowledge of the company.
 9       Q.    (BY MR. BLUMENTHAL)  And other than receiving money
10  in that bank account, what other transactions or business
11  relationship does Infowars Health, LLC have with Youngevity?
12       A.    That was the extent of its business activities.
13       Q.    And has Infowars Health, LLC ever had any business
14  activities other than receiving money from Youngevity into
15  this -- in the bank account that you mentioned?
16       A.    It has not.
17       Q.    Has Infowars Health, LLC ever paid money to anyone?
18       A.    It has not.
19       Q.    Has it ever -- well, withdrawn.
20             MR. WOLMAN:  I'm going to object to that last
21  one as being beyond the scope of the noticed topics.
22  [redacted]
23  [redacted]
24  [redacted]
25  [redacted]
```

```
 1   [REDACTED]
 2
 3
 4
 5
 6               MR. WOLMAN:  Objection.  Beyond the scope.
 7       Q.   (BY MR. BLUMENTHAL)  I'm sorry.  Was that a yes?
 8       A.   Yes.
 9       Q.   Okay.  Who owns Infowars Health, LLC?
10       A.   Alex Jones is the sole owner and managing member of
11   member-managed LLC.
12       Q.   Okay.  Does Infowars Health, LLC own any part of any
13   other entity?
14       A.   It does not.
15       Q.   And Alex Jones has complete control over
16   Infowars Health, LLC?
17               MR. WOLMAN:  Objection.
18       A.   That is correct.
19       Q.   (BY MR. BLUMENTHAL)  He has control and complete
20   control over its cost in business practice?
21               MR. WOLMAN:  Objection.
22       A.   That is correct.
23       Q.   (BY MR. BLUMENTHAL) And if Alex Jones wanted to do
24   anything with Infowars Health, LLC, there is nobody who could
25   tell him no; fair to say?
```

```
 1  NO. X06-UWY-CV-18-6046436S    )  SUPERIOR COURT
                                  )
    ERICA LAFFERTY, ET AL,        )  COMPLEX LITIGATION DOCKET
                                  )
    VS.                           )  AT WATERBURY
                                  )
    ALEX EMRIC JONES, ET AL,      )  JUNE 23, 2021
                                  )
    _____   )
                                  )
    NO. X-06- UWY-CV18-6046437-S  )  SUPERIOR COURT
                                  )
    WILLIAM SHERLACH,             )  COMPLEX LITIGATION DOCKET
                                  )
    VS.                           )  AT WATERBURY
                                  )
    ALEX EMRIC JONES, ET AL.      )  JUNE 23, 2021
                                  )
    _____   )
                                  )
    NO. X06-UWY-CV-18-6046438S    )  SUPERIOR COURT
                                  )
    WILLIAM SHERLACH, ET AL.,     )  COMPLEX LITIGATION DOCKET
                                  )
    VS.                           )  AT WATERBURY
                                  )
    ALEX EMRIC JONES, ET AL.      )  JUNE 23, 2021
15                  REPORTER'S CERTIFICATION

16              DEPOSITION OF MICHEAL ZIMMERMANN

17                       JUNE 23, 2021

18

19       I, Rosalind Dennis, Notary in and for the State of Texas,

20  hereby certify to the following:

21       That the witness, MICHEAL ZIMMERMANN, was duly sworn by

22  the officer and that the transcript of the oral deposition is a

23  true record of the testimony given by the witness;

24       That the original deposition was delivered to

25  MR. BLUMENTHAL.
```

```
 1        That the amount of time used by each party at the
 2   deposition is as follows:
 3   MR. BLUMENTHAL    .....00 HOUR(S):48 MINUTE(S)
     MR. WOLMAN        .....00 HOUR(S):00 MINUTE(S)
 4
 5        That pursuant to information given to the deposition
 6   officer at the time said testimony was taken, the following
 7   includes counsel for all parties of record:
 8   Mr. Blumenthal                    Attorney for the Plaintiff.
 9   Mr. Wolman                        Attorney for the Defendant.
10        I further certify that I am neither counsel for, related
11   to, nor employed by any of the parties or attorneys in the
12   action in which this proceeding was taken, and further that I
13   am not financially or otherwise interested in the outcome of
14   the action.
15        Certified to by me this 5th day of July, 2021.
16
17
                                 _____
18                               ROSALIND DENNIS
                                 Notary in and for the
19                               State of Texas
                                 Notary:  129704774
20                               My Commission Expires:  10/8/2022
                                 US LEGAL SUPPORT
21                               8144 Walnut Hill Lane
                                 Suite 120
22                               Dallas, Texas 75231
                                 214-741-6001
23                               214-741-6821 (FAX)
                                 Firm Registration No. 343
24
25
```

*Rosalind Dennis* (signature)