# TAB 8

```
NO. X06-UWY-CV-18-6046436S      )   SUPERIOR COURT
                                )
ERICA LAFFERTY, ET AL,          )   COMPLEX LITIGATION DOCKET
                                )
VS.                             )   AT WATERBURY
                                )
ALEX EMRIC JONES, ET AL,        )   JUNE 23, 2021
                                )
                                )
_____)
                                )
NO. X-06- UWY-CV18-6046437-S    )   SUPERIOR COURT
                                )
WILLIAM SHERLACH,               )   COMPLEX LITIGATION DOCKET
                                )
VS.                             )   AT WATERBURY
                                )
ALEX EMRIC JONES, ET AL.        )   JUNE 23, 2021
                                )
                                )
_____)
                                )
NO. X06-UWY-CV-18-6046438S      )   SUPERIOR COURT
                                )
WILLIAM SHERLACH, ET AL.,       )   COMPLEX LITIGATION DOCKET
                                )
VS.                             )   AT WATERBURY
                                )
ALEX EMRIC JONES, ET AL.        )   JUNE 23, 2021
```
-------------------------------------

CONFIDENTIAL

ORAL AND VIDEOTAPED DEPOSITION OF

MICHEAL ZIMMERMANN

JUNE 23, 2021

-------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF MICHEAL ZIMMERMANN, produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and -numbered cause on JUNE 23, 2021, from 12:15 p.m. to 1:19 p.m., before Rosalind

1  Dennis, Notary in and for the State of Texas, reported by
2  machine shorthand, appearing remotely from Dallas, Texas,
3  pursuant to the Federal Rules of Civil Procedure and the
4  provisions stated on the record or attached hereto.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                      A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFFS:
 4        CHRISTOPHER M. MATTEI, ESQ.
          MATTHEW S. BLUMENTHAL, ESQ.
 5        KOSKOFF KOSKOFF & BIEDER, PC
          350 Fairfield Avenue
 6        Bridgeport, Connecticut 06604
          Cmattei@koskoff.com
 7        mblumenthal@koskoff.com
          (203) 336-4421
 8
 9    FOR THE DEFENDANTS:
10        JAY MARSHALL WOLMAN, ESQ.
          RANDAZZA LEGAL GROUP
11        100 Pearl Street
          14th Floor
12        Hartford, Connecticut 06103
          jmw@randazza.com
13        (702) 420-2001
14
      ALSO PRESENT:
15        Joel Raguso - Videographer
16
17
18
19
20
21
22
23
24
25
```

```
 1  information that would tend to indicate that the Sandy Hook
 2  shooting did not include 20 children being killed and six
 3  educators being killed?
 4              MR. WOLMAN:  Objection.
 5      A.   It doesn't hold any information about anything, that
 6  included.
 7      Q.   (BY MR. BLUMENTHAL)  So is that a no?
 8      A.   That's a no.
 9      Q.   And has Prison Planet TV, LLC ever had access to any
10  information that would tend to indicate that the Sandy Hook
11  shooting involved crisis actors?
12              MR. WOLMAN:  Objection.
13      A.   Prison Planet TV, LLC does not have access to any
14  information, no.
15      Q.   (BY MR. BLUMENTHAL)  So Prison Planet TV, LLC has no
16  bases -- withdrawn.
17              All right.  So does Prison Planet TV, LLC have
18  employees?
19      A.   It does not.
20      Q.   Has it ever?
21      A.   It has not.
22  ███████████████████████████████████████████████████████████
23  ███████████████████████████████████████████████████████████
24  ███████████████████████████████████████████████████████████
25  ███████████████████████████████████████████████████████████
```

```
 1        Q.   (BY MR. BLUMENTHAL)  And Prison Planet TV, LLC
 2   directly and financially benefited from all programming on
 3   prisonplanet.tv, including Alex Jones Sandy Hook related
 4   programming?
 5             MR. WOLMAN:  Objection.
 6        A.   That's correct.
 7        Q.   (BY MR. BLUMENTHAL)  What does Prison Planet mean?
 8        A.   The company has no knowledge of that.
 9        Q.   Has Prison Planet TV, LLC had any purpose since
10   September of 2018 when the PayPal service ceased?
11        A.   It has not.
12   [REDACTED]
13   [REDACTED]
14   [REDACTED]
15   [REDACTED]
16   [REDACTED]
17   [REDACTED]
18   [REDACTED]
19   [REDACTED]
20   [REDACTED]
21   [REDACTED]
22   [REDACTED]
23   [REDACTED]
24   [REDACTED]
25   [REDACTED]
```

```
 1      Q.   Okay.  All right.  Who owns Prison Planet TV, LLC?
 2      A.   Alex Jones.
 3      Q.   Does anyone besides Alex Jones have any ownership or
 4 control at Prison Planet TV, LLC?
 5      A.   No.
 6      Q.   Does Prison Planet TV, LLC own any part of any other
 7 entity?
 8      A.   No.
 9      Q.   And so Alex Jones has complete control over Prison
10 Planet TV, LLC?
11      A.   Yes.  He's the -- the sole owner and managing member
12 of Prison Planet TV, LLC.
13      Q.   And he's always had complete control over Prison
14 Planet TV, LLC?
15           MR. WOLMAN:  Objection.
16      A.   I believe so, unless there is something filed in
17 error and correct at a later point.
18      Q.   (BY MR. BLUMENTHAL)  Okay.  And Alex Jones has
19 always had complete control over Prison Planet TV, LLC's policy
20 and business practice?
21           MR. WOLMAN:  Objection.
22      A.   That's correct.
23      Q.   (BY MR. BLUMENTHAL)  And if Alex Jones wanted to do
24 something through or with Prison Planet TV, LLC, there is no
25 one who can tell him no, correct?
```

```
 1  NO. X06-UWY-CV-18-6046436S        )   SUPERIOR COURT
                                      )
    ERICA LAFFERTY, ET AL,            )   COMPLEX LITIGATION DOCKET
                                      )
    VS.                               )   AT WATERBURY
                                      )
    ALEX EMRIC JONES, ET AL,          )   JUNE 23, 2021
                                      )
    _____    )
                                      )
    NO. X-06- UWY-CV18-6046437-S      )   SUPERIOR COURT
                                      )
    WILLIAM SHERLACH,                 )   COMPLEX LITIGATION DOCKET
                                      )
    VS.                               )   AT WATERBURY
                                      )
    ALEX EMRIC JONES, ET AL.          )   JUNE 23, 2021
                                      )
    _____    )
                                      )
    NO. X06-UWY-CV-18-6046438S        )   SUPERIOR COURT
                                      )
    WILLIAM SHERLACH, ET AL.,         )   COMPLEX LITIGATION DOCKET
                                      )
    VS.                               )   AT WATERBURY
                                      )
    ALEX EMRIC JONES, ET AL.          )   JUNE 23, 2021
15                       REPORTER'S CERTIFICATION
16                  DEPOSITION OF MICHEAL ZIMMERMANN
17                           JUNE 23, 2021
18
19       I, Rosalind Dennis, Notary in and for the State of Texas,
20  hereby certify to the following:
21       That the witness, MICHEAL ZIMMERMANN, was duly sworn by
22  the officer and that the transcript of the oral deposition is a
23  true record of the testimony given by the witness;
24       That the original deposition was delivered to
25  MR. BLUMENTHAL.
```

```
 1       That the amount of time used by each party at the
 2   deposition is as follows:
 3   MR. BLUMENTHAL    .....00 HOUR(S):51 MINUTE(S)
     MR. WOLMAN        .....00 HOUR(S):04 MINUTE(S)
 4
 5       That pursuant to information given to the deposition
 6   officer at the time said testimony was taken, the following
 7   includes counsel for all parties of record:
 8   Mr. Blumenthal                    Attorney for the Plaintiff.
 9   Mr. Wolman                        Attorney for the Defendant.
10       I further certify that I am neither counsel for, related
11   to, nor employed by any of the parties or attorneys in the
12   action in which this proceeding was taken, and further that I
13   am not financially or otherwise interested in the outcome of
14   the action.
15       Certified to by me this 5th day of July, 2021.
16
17
                                  _____
18                                ROSALIND DENNIS
                                  Notary in and for the
19                                State of Texas
                                  Notary:  129704774
20                                My Commission Expires:  10/8/2022
                                  US LEGAL SUPPORT
21                                8144 Walnut Hill Lane
                                  Suite 120
22                                Dallas, Texas 75231
                                  214-741-6001
23                                214-741-6821 (FAX)
                                  Firm Registration No. 343
24
25
```