**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; AND WILLIAM ALDENBERG, | ) ) ) ) ) ) ) ) ) ) ) | ADV. PROC. NO. 22 – 05004<br><br>APRIL 21, 2022 |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | |
| ALEX EMRIC JONES; INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; INFOWARS HEALTH, LLC; PRISON PLANET TV, LLC; WOLFGANG HALBIG; CORY T. SKLANKA; GENESIS COMMUNICATIONS NETWORK, INC.; and MIDAS RESOURCES, INC., | ) ) ) ) ) ) ) ) | |
| **Defendants.** | | |

**MOTION FOR ORDER SHORTENING NOTICE PERIOD AND SCHEDULING EXPEDITED HEARING ON PLAINTIFFS' MOTION FOR REMAND**

The plaintiffs move the Court pursuant to Fed. R. Bankr. P. 9006(d), 9007, and 9014 for an order shortening any applicable notice period and scheduling an expedited hearing on the plaintiffs' Motion for Remand,[1] filed contemporaneously with this motion on April 21, 2022.

---

[1] There are three consolidated cases in the Connecticut Superior Court: *Lafferty v. Jones* (UWY-CV18-6046436-S), *Sherlach v. Jones* (UWY-CV18-6046437-S), and *Sherlach v. Jones* (UWY-CV18-6046438-S). For purposes of remand analysis, there is no significant difference among the three cases. (Thus, when these cases were removed from the Connecticut Superior Court to the Connecticut District Court in 2020, orders transferring the cases to Judge Hall's docket were entered in all three cases (on December 4, 2020 in *Lafferty v. Jones* (3:20-cv-01723-JCH), on December 2, 2020 in *Sherlach v. Jones* (3:20-cv-01724-JCH), and on December 14, 2020 in *Sherlach v. Jones* (3:20-cv-01725-JCH)). For this reason, and to make the Court's work more

1

The plaintiffs request an expedited hearing on the Motion for Remand at the Court's earliest possible availability. The plaintiffs seek this expedited hearing because a trial has been scheduled to commence August 2, 2022, in the state court action and there is much yet to be done. Every day that this case is held in limbo on the basis of the removal will prejudice the plaintiffs' ability to prepare for trial through, among other things, completion of expert discovery and motions *in limine*. Indeed, delay is very likely the whole purpose of the defendants' bankruptcy filing and the removal notice.

In support of this motion, the plaintiffs state as follows:

1. On April 18, 2022, three of the Jones defendants – Infowars, LLC; Infowars Health, LLC; and Prison Planet TV, LLC (hereafter, "the shell company debtors") – filed petitions for chapter 11 bankruptcy in the United States Bankruptcy Court for the Southern District of Texas. Throughout discovery in the state court action the Jones defendants have represented that the three entities who now seek bankruptcy protection are essentially shell companies with no employees, no business purpose, and little-to-no assets.

2. Also on April 18, 2022, the Jones defendants removed the civil action pending in the Connecticut Superior Court between the plaintiffs and the Jones defendants. It is a personal injury action sounding in purely state-law claims of defamation, false light, negligent and intentional infliction of emotional distress and violation of the Connecticut Unfair Trade Practices Act.

3. That civil action has been progressing for nearly four years in the Connecticut Superior Court before a single judge.

---

efficient, the identical Motion to Remand and identical instant motion is being filed in all three removed bankruptcy cases: *Lafferty v. Jones* (22-05004), *Sherlach v. Jones* (22-05005), and *Sherlach v. Jones* (22-05006).

4.      The parties have conducted years of discovery. The Connecticut Superior Court judge overseeing the action has adjudicated multiple motions to strike and has issued over 250 orders on a docket that contains over 800 entries, including the entry of an order defaulting all of the Jones defendants for their repeated discovery abuses.

5.      Jury selection in the state court action is scheduled to being on August 2, 2022, with the presentation of evidence concerning damages set for September 1. The Connecticut Superior Court judge overseeing this action has informed the parties that this is a "firm" trial date.

6.      In the less than four months remaining before jury selection, the parties will conduct all expert discovery and file motions in limine. A motion for summary judgment is also anticipated from Genesis Communications Network, a non-Jones defendant.

7.      Today, April 21, 2022, the plaintiffs filed in this Court a Motion to Remand, requesting the court to remand this action to Connecticut state court on equitable grounds or to permissively abstain from hearing it.

8.      Equity, justice, efficiency, and comity weigh overwhelmingly in favor of remand. As briefed in the plaintiffs' Motion to Remand, the Jones defendants' bad faith removal is an abuse of the removal statutes and of this Court's bankruptcy jurisdiction. Considerations of equity, justice, efficiency, and comity strongly favor a remand so that this action may finally come to a jury trial and so that the state court judge who has become expert in the complex legal and factual issues of this case may guide this long-pending action to judgment.

9.      Every day of delay prejudices the plaintiffs' ability to hold firm to their scheduled trial date. Every day of delay makes it more likely that the Jones defendants will achieve exactly

what they intended through their bad faith removal: a postponement of the trial date in state court.

ACCORDINGLY, the plaintiffs request this Court enter an order shortening any applicable notice period and scheduling an expedited hearing on the plaintiffs' Motion to Remand.

Respectfully submitted this 21st day of April, 2022 at Hartford, Connecticut.

> By: /s/ *Eric Goldstein*
> Eric Goldstein (Fed. Bar No. ct27195)
> Jessica M. Signor (Fed. Bar No. ct30066)
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT 06013
> Telephone: (860) 251-5059
> Facsimile: (860) 251-5218
> Email: egoldstein@goodwin.com
> jsignor@goodwin.com
>
> *Counsel for the Plaintiffs*[2]
>
> By: /s/ *Alinor C. Sterling*
> Alinor C. Sterling (Fed. Bar No. ct17207)
> Christopher M. Mattei (Fed. Bar No. ct27500)
> Koskoff, Koskoff & Bieder P.C.
> 350 Fairfield Ave.
> Bridgeport, CT 06604
> Telephone: (203) 336-4421
> Facsimile: (203) 368-3244
> Email: asterling@koskoff.com
> cmattei@koskoff.com
>
> *Counsel for the Plaintiffs*[3]

---

[2] Shipman & Goodwin LLP represents in connection with this proceeding Erica L. Garbatini f/k/a Erica Lafferty, David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos Mathew Soto, Jillian Soto, William Aldenberg, William Sherlach, and Robert Parker (collectively, the "Individual Plaintiffs").

[3] Koskoff, Koskoff & Bieder represents the Individual Plaintiffs as well as Richard M. Coan, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Erica L. Garbatini.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2022, a copy of foregoing Motion for Remand was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I further certify that on April 22, 2022, a copy of the foregoing Motion for Remand was also served via U.S. First Class prepaid postage on the following parties listed below:

Wolfgang Halbig
25526 Hawks Run Lane
Sorrento, FL 32776

Cory T. Sklanka
515 Gracey Avenue
Meriden, CT 06451

Genesis Communications Network, Inc.
Attn. Officer, Managing Agent or Agent for Service
190 Cobblestone Lane
Burnsville, MN 55337

Midas Resources, Inc.
Attn. Officer, Managing Agent or Agent for Service
190 Cobblestone Lane
Burnsville, MN 55337

/s/ *Eric Goldstein*
ERIC GOLDSTEIN

/s/ *Alinor C. Sterling*
ALINOR C. STERLING
CHRISTOPHER M. MATTEI

SG 11059137v.1