## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### BRIDGEPORT DIVISION

| | | |
|---|---|---|
| ERICA LAFFERTY; DAVID WHEELER; | : | |
| FRANCINE WHEELER; JACQUELINE BARDEN | : | |
| MARK BARDEN; NICOLE HOCKLEY; | : | |
| IAN HOCKLEY; JENNIFER HENSEL; | : | |
| JEREMY RICHMAN; DONNA SOTO; | : | |
| CARLEE SOTO-PARISI; CARLOS SOTO; | : | |
| JILLIAN SOTO; AND WILLIAM ALDENBURG, | : | |
| Plaintiffs, | : | Adv. Pro. No. 22-05004 (JAM) |
| v. | : | |
| | : | |
| ALEX EMRIC JONES; INFOWARS, LLC; FREE | : | |
| SPEECH SYSTEMS, LLC; INFOWARS | : | |
| HEALTH, LLC; PRISON PLANET TV, LLC; | : | |
| WOLFGANG HALBIG; CORY T. SKLANKA; | : | |
| GENESIS COMMUNICATIONS NETWORK, | : | |
| INC.; and MIDAS RESOURCES, INC. | : | |
| Defendants. | : | Re: Doc. Id No. 3 |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2022, a copy of the Notice of Appearance (ECF No. 3) was filed electronically. Notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

I further certify that the foregoing will also be served on April 22, 2022, by first class mail to the parties listed below:

Wolfgang Halbig
25526 Hawks Run Lane
Sorrento, FL 32776

Cory T. Sklanka
515 Gracey Avenue
Meriden, CT 06451

8495796v1

Genesis Communications Network, Inc.
Attn. Officer, Managing Agent or Agent for Service
190 Cobblestone Lane
Burnsville, MN 55337

Midas Resources, Inc.
Attn. Officer, Managing Agent or Agent for Service
190 Cobblestone Lane
Burnsville, MN 55337

Dated at Stamford, Connecticut, this 21st day of April 2022.

By: /s/ Jessica M. Signor
  Jessica M. Signor (ct 30066)
  Shipman & Goodwin LLP
  300 Atlantic Street, 3rd Floor
  Stamford, CT 06901-3522
  (203) 324-8100
  jsignor@goodwin.com

8495796v1