# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
April 29, 2022

In re:

Debtor*

Case Number:
Chapter:

Erica Lafferty et al.

Plaintiff(s)

v.

Alex Emric Jones et al.

Defendant(s)

Adversary Proceeding
No.: 22–05004 jam

## NOTICE OF APPEARANCE DEFICIENCY NOTICE

James H. Fetzer, PH.D.(*Pro Se* Filer/Litigant) has filed a/an Motion to Intervene and for Extension of Time to Retain Connecticut Legal Counsel, ECF No.9 but has not complied with D. Conn. L. Civ. R. 5(b) and D. Conn. Bankr. L. R. 1001–1(b), which require any self–represented party or *Pro Se* Filer/Litigant, to enter an appearance in a case or any matter commenced by a complaint or motion, and serve the same upon the Debtor or Debtor in Possession, any trustee, committee and its counsel, the U.S. Trustee, appearing counsel and parties requesting notice, and if an adversary proceeding, any party to such proceeding.

Failure to cure this deficiency within seven (7) business days from the date of this notice may result in the Court not addressing the filed Motion to Intervene and for Extension of Time to Retain Connecticut Legal Counsel, ECF No.9.

*Pro Se* Filer Litigant Notice of Appearance Form can be found at www.ctb.uscourts.gov.

*Pro Se* Filer/Litigant Request and Consent for Electronic Service can be found at www.ctb.uscourts.gov.

Dated: April 29, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 200 – sds

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.