## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; AND WILLIAM ALDENBERG, | ADV. PROC. NO. 22-05004  May 1, 2022 |
| Plaintiffs, | |
| v. | |
| ALEX EMRIC JONES; INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; INFOWARS HEALTH, LLC; PRISON PLANET TV, LLC; WOLFGANG HALBIG; CORY T. SKLANKA; GENESIS COMMUNICATIONS NETWORK, INC.; and MIDAS RESOURCES, INC., | |
| Defendants. | |

## MOTION FOR VISITING ATTORNEY ADMISSION OF ROBERT J. SHANNON

Cameron L. Atkinson, a member of the Bar of this Court, respectfully asks the Court to admit Robert J. Shannon of Parkins Lee & Rubio LLP to appear in the above-captioned matter as a visiting attorney on behalf of the Defendants InfoW, LLC (f/k/a Infowars, LLC), IWHealth, LLC (f/k/a Infowars Health, LLC), and Prison Planet TV, LLC (collectively, the "Debtors") under Local Civil Rule 83.1(d) of the United States District Court for the District of Connecticut, applied in this Court by Local Bankruptcy Rule 9083-1. In support of this motion, the undersigned represents:

1.      The Affidavit of Robert J. Shannon, as required by Local Civil Rule 83.1(d)(1), is attached as Exhibit A.

2.      Electronic payment in the amount of $200 has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned respectfully requests the Court to enter an order substantially in the proposed form submitted with this motion admitting Robert J. Shannon as a visiting attorney in the above-captioned matter on behalf of the Debtors.


Date: May 1, 2022                        Respectfully Submitted,


                                         **DEFENDANTS AND DEBTORS, INFOW, LLC IWHEALTH, LLC PRISON PLANET, LLC**


                                         By: /s/ Cameron L. Atkinson /s/
                                         Cameron L. Atkinson (ct31219)
                                         PATTIS & SMITH, LLC
                                         383 Orange Street
                                         New Haven, CT 06511
                                         V: 203-393-3017
                                         F: 203-393-9745
                                         catkinson@pattisandsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date of filing, a true and correct copy of the foregoing document was served by U.S.P.S. and, where indicated, email on the following parties:

Attn: Eric Goldstein, Jessica M. Signor
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06013
egoldstein@goodwin.com
jsignor@goodwin.com

Attn: Alinor C. Sterlin, Christopher Mattei,
Matthew Blumenthal
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
asterling@koskoff.com
cmattei@koskoff.com
mblumenthal@koskoff.com

Attn: Kyung Lee, R. J. Shannon
Parkins Lee & Rubio LLP
700 Milam Street STE 1300
klee@parkinslee.com
rjshannon@parkinslee.com

Attn: Eric Henzy
Zeisler & Zeisler P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
ehenzy@zeislaw.com

Attn: Mario Kenneth Cerame
Brignole & Bush LLC
73 Wasworth Street
Hartford, CT 06106
mcerame@brignole.com

Jordan & Ortiz, P.C.
500 N. Shoreline Blvd. Suite 900
Corpus Christi, Texas 78401
sjordan@jhwclaw.com

Attn: Ray Bataglia
Law Office of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX
rbattaglialaw@outlook.com

Genesis Communications Network, Inc.
Attn. Officer, Managing Agent or Agent
for Service
190 Cobblestone Lane
Burnsville, MN 55337

*/s/Cameron L. Atkinson*

Cameron L. Atkinson