# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| In re: | Case No. _____ |
|---|---|
| Debtor(s) | |
| Erica Lafferty et al. Plaintiff, vs Alex Emric Jones et al. Defendant. | Adv. Proceeding No. 22-05006  22-5004  Notice of *Pro Se* Filer / Litigant Appearance |

The undersigned enters an appearance in this action, and demands notice of all further proceedings. The Clerk of the Court and the opposing party will be informed of any change in address. Any notices may be sent to the following service address.

Service Address:

James H. Fetzer, Ph.D.
800 Violet Lane
Oregon, WI 53575

Any time this address changes while this action is pending, I agree I must file an Amended Notice of *Pro Se* Filer/Litigant Appearance form with the Clerk of the Court.

By signing this Notice of *Pro Se* Filer/Litigant Appearance form, I certify that the service address above is my address of record in this case.

Dated: 05/06/2022

_[signed] James H. Fetzer, Ph.D._
Signature of Party Appearing

James H. Fetzer, Ph.D.
Print or Type Name

PRINT

FILED 2022 MAY 10 A 9:48
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION