UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERICA LAFFERTY, DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NICOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, JEREMY RICHMAN, DONNA SOTO, CARLEE SOTO-PARISI, CARLOS M. SOTO, JILLIAN SOTO, AND WILLIAM ALDENBERG,<br>　　　Plaintiffs,<br><br>vs.<br><br>ALEX EMRIC JONES, INFOWARS, LLC, FREE SPEECH SYSTEMS, LLC, INFOWARS HEALTH, LLC, PRISON PLANET TV LLC, WOLFGANG HALBIG, CORY T. SKLANKA, GENESIS COMMUNICATIONS NETWORK, INC., AND MIDAS RESOURCES, INC.<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ADV. PRO. NO.　22-05004 (JAM)<br><br><br><br><br>ECF No. 24 |

**ORDER SCHEDULING STATUS CONFERENCE**
**AND REQUIRING APPEARANCE OF PARTIES**

**ORDERED:** On May 24, 2022 at 2:00 p.m., a Status Conference will be held to discuss the Unopposed Motion to Dismiss Plaintiffs' Claims Against Removing Defendants Infowars, LLC (aka InfoW, LLC), Infowars Health, LLC (aka IWHealth, LLC) and Prison Planet TV, LLC With Prejudice (ECF No. 24); and it is further

**ORDERED:** The Chapter 7 Trustee for the Estate of Erica L. Garbatini (fka Erica L. Lafferty), Counsel for the Plaintiffs, and Counsel for Infowars LLC (aka InfoW, LLC), Infowars Health, LLC (aka IWHealth, LLC), and Prison Planet TV, LLC shall appear before this Court at the Status Conference; and it is further

2

**ORDERED:** If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address:

**CalendarConnect_BPT@ctb.uscourts.gov**. If you do not have an email address, you may call the Clerk's Office at (203) 579−5808 for the instructions.

Dated at Bridgeport, Connecticut this 17th day of May, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut