# Notice Recipients

District/Off: 0205–5                    User: admin                    Date Created: 5/17/2022

Case: 22–05004                         Form ID: pdfdoc2                Total: 39

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| pla | Erica Lafferty |
| pla | David Wheeler |
| pla | Jacqueline Barden |
| pla | Mark Barden |
| pla | Nicole Hockley |
| pla | Ian Hockley |
| pla | Jennifer Hensel |
| pla | Jeremy Richman |
| pla | Donna Soto |
| pla | Carlee Soto–Parisi |
| pla | Carlos Soto |
| pla | Jillian Soto |
| pla | William Aldenberg |
| dft | Alex Emric Jones |
| dft | Free Speech Systems, LLC |
| dft | Infowars, LLC |
| dft | Infowars Health, LLC |
| dft | Prison Planet TV, LLC |
| dft | Wolfgang Halbig |
| dft | Cory T. Sklanka |
| dft | Genesis Communications Network, Inc. |
| dft | Midas Resources, Inc. |
| pla | Richard M. Coan |

                                                                                TOTAL: 23

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Alinor C. Sterling | asterling@koskoff.com |
| aty | Cameron Lee Atkinson | catkinson@pattisandsmith.com |
| aty | Christopher Mattei | cmattei@koskoff.com |
| aty | Eric S. Goldstein | egoldstein@goodwin.com |
| aty | Jessica Signor | jsignor@goodwin.com |

                                                                                TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| pla | Francine M. Wheeler | c/o Shipman & Goodwin LLP | One Constitution Plaza | | Hartford, CT 06103 |
| inv | James H. Fetzer , PH.D. | 800 Violet Lane | Oregon, WI 53575 | | |
| aty | Norman A. Pattis | Pattis & Smith, LLC | 383 Orange Street | 1st Floor | New Haven, CT 06511 |
| | UNITED STATES | | | | |
| ust | U. S. Trustee | Office of the U.S. Trustee | Giaimo Federal Building | | 150 Court Street, Room |
| | 302 | New Haven, CT 06510 United States | | | |
| ust | U. S. Trustee Region 1 | Office of The United States Trustee | 446 Main Street, 14th Floor | | Worcester, |
| | MA 01608 | | | | |
| | Wolfgang Halbig | 25526 Hawks Run Lane | Sorrento, FL 32776 | | |
| | Cory T. Sklanka | 515 Gracey Avenue | Meriden, CT 06451 | | |
| | Genesis Communications Network, Inc. | Attn: Officer, Managing Agent | or Agent for Service | | 190 |
| | Cobblestone Lane | Burnsville, MN 55337 | | | |
| | Midas Resources, Inc. | Attn: Officer, Managing Agent or | Agent for Service | 190 Cobblestone | |
| | Lane | Burnsville, MN 55337 | | | |
| | Norman A. Pattis | Pattis & Smith, LLC | 383 Orange Street | 1st Floor | New Haven, CT 06511 |
| | James H. Fitzer, PH.D. | 800 Violet Lane | Oregon, WI 53575 | | |

                                                                                TOTAL: 11